UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 13-CR-2139-WQH |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |
| JORGE RENTERIA-MORALES, | |
| Defendant. | |

Based upon the unopposed motion of the United States of America to dismiss the Indictment without prejudice against Defendant Jorge Renteria-Morales,

IT IS HEREBY ORDERED that the Indictment in this cause be and is hereby dismissed without prejudice as to Defendant Jorge Renteria-Morales.

Dated: July 9, 2013

HONORABLE WILLIAM Q. HAYES
United States District Court Judge

FILED JUL 0 9 2013